# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WALTER BROWN, JR., | ) | NO. EDCV 11-01326 ODW (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| RICK HILL, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: January 12, 2012

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE